1 ROGER M. MASON, ESQ. (107486)
KURT E. WILSON, ESQ. (121163)
2 CAITLIN E. KAUFMAN, ESQ. (238424)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
3 A Professional Law Corporation
983 University Avenue, Suite 104C
4 Los Gatos, CA 95032-7637
5 Telephone: (408) 356-3000
Facsimile: (408) 354-8839
6 rmason@smwb.com

7 Attorneys for Defendants
VITAL BRASIL dba M & B DRYWALL, INC.;
8 M. BRASIL DRYWALL, INC.; M&B PAINTING, INC.

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

13

| ISIDRO CAMACHO-CORDOVA; ROBERTO LOPEZ-RUIZ; GERARDO LOPEZ-IBARRA; JUAN CARLOS FLORES-ESPARZA; OSCAR IBARRA-MAGAÑA, | CASE NO. C08 05756 SI |
|---|---|
| Plaintiffs, | **STIPULATION FOR CHANGE OF VENUE** |
| v. | |
| VITAL BRASIL dba M & B DRYWALL, INC.; M. BRASIL DRYWALL, INC.; M&B PAINTING, INC. | |
| Defendants. | |

21 \

22 WHEREAS the within action was filed in the San Francisco division of the

23 Northern District of California.

24 WHEREAS, pursuant to the Northern District of California Civil Local Rules,

25 Rule 302(e), "Except as provided in Civil L.R. 3-2(c), all civil actions which arise in

26 the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to

27 the San Jose Division."

---

**STIPULATION FOR CHANGE OF VENUE** 1

1  WHEREAS Defendants, and all of them, maintain their principle places of
2  business in Santa Clara County, California. As such, all of the allegations set forth in the
3  Complaint arise in Santa Clara County.
4  WHEREAS Plaintiffs' employment and acts giving rise to their allegations
5  primarily occurred in Santa Clara County. Most if not all witnesses are residents of
6  Santa Clara County or counties in the San Jose Division jurisdiction.
7  WHEREAS the convenience of parties and witnesses and the interests of justice
8  will be served by transferring the action to the San Jose division of the Northern District
9  of California.
10  WHEREAS the parties have agreed to transfer the action to the San Jose division
11  of the Northern District of California.
12  IT IS HEREBY STIPULATED AND AGREED by and between the parties
13  hereto, by their respective counsel, that venue of this action be changed to the San Jose
14  division of the Northern District of California.

Dated: March 2, 2009        SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____
KURT E. WILSON, ESQ.
CAITLIN E. KAUFMAN, ESQ.
Attorneys for Defendants

Dated: March 2, 2009        LAW OFFICES OF TOMAS E. MARGAIN

By: _____
TOMAS E. MARGAIN, ESQ.
Attorneys for Plaintiffs

STIPULATION FOR CHANGE OF VENUE                                                2

## ORDER

IT IS HEREBY ORDERED that the action of the above-captioned case is hereby transferred San Jose division of the Northern District of California. The case shall be randomly assigned to a Department of the San Jose division of the Northern District of California. The clerk of this Court is authorized to transfer all the pleadings and papers herein to the Clerk of that Court.

**SO ORDERED.**

Dated _____, 2009

_____
Hon. SUSAN ILLSTON
UNITED STATES DISTRICT COURT
JUDGE